UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 22-30774

ANTHONY W. MOORE,

*Plaintiff-Appellant,*

*vs.*

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; HALLIBURTON ENERGY SERVICES, INCORPORATED,

*Defendants-Appellees.*

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:17-CV-4453
USDC No. 2:10-MD-2179

**UNOPPOSED MOTION TO HOLD BRIEFING IN ABEYANCE PENDING OUTCOME OF SIMILAR PENDING CASES**

This appeal arises out of the claims of Appellant Irene Lopez for injuries alleged to have been caused by Appellees (hereinafter collectively referred to as "BP") resulting from the oil spill in the Gulf of Mexico on April 20, 2010 (hereinafter "BP Oil Spill"). By Order entered September 30, 2022, this Court granted an unopposed motion by Appellant's counsel to consolidate numerous appeals from the rulings of

US District Court Judge Barry W. Ashe, resulting in the consolidated appeal No. 22-30393. This case was inadvertently left off of the original motion, but likewise was decided by Judge Ashe and involves the same issues and counsel as the previously consolidated appeals. Thus, Appellant moves to hold the briefing schedule in abeyance pending the outcome of consolidated appeal No. 22-30393 (in which briefing has already completed).

Holding briefing and argument in abeyance pending the outcome of the already-processing cases above would prevent unnecessary duplication of effort by the parties and this Court. The parties have agreed that holding the instant case in abeyance shall not extend any deadlines or delay the Court's disposition of any other cases, including the consolidated appeal No. 22-30393. Based on this agreement, BP has indicated that it is unopposed to the relief requested. The Court recently granted a similar motion in *Lopez v. BP Exploration & Production, Inc.*, No. 22-30768 (5th Cir.).

    Respectfully submitted,

    /s/ Paul A. Dominick_____
    Paul A. Dominick Fed ID No. 577
    NEXSEN PRUET, LLC
    205 King Street, Suite 400 (29401)
    P.O. Box 486
    Charleston, SC 29402
    Phone: 843.577.9440
    Facsimile: 843.720.1777
    PDominick@nexsenpruet.com

And

Timothy J. Falcon, #16909
Jeremiah A. Sprague, #24885
Jarrett S. Falcon, #34539
Jennifer L. Martin, #34663
FALCON LAW FIRM
5044 Lapalco Boulevard
Marrero, Louisiana 70072
Telephone: (504) 341-1234
Facsimile: (504) 348-7714
tim@falconlaw.com
jerry@falconlaw.com
jarrett@falconlaw.com
jenni@falconlaw.com

CERTIFICATE OF CONFERENCE

The Appellant-Plaintiff's attorney has contacted all other parties. The Defendants-Appellees are not opposed to the filing of this motion and will not file opposing responses to this motion.

/s/ Paul A. Dominick
Paul A. Dominick

CERTIFICATE OF SERVICE

This is to certify that the foregoing instrument has been served via the Court's ECF filing system in compliance with Rule 25(b) and (c) of the Federal Rules of Appellate Procedure, on March 2, 2023, on all registered counsel of record, andhas been transmitted to the Clerk of the Court.

/s/ Paul A. Dominick
Paul A. Dominick

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of FED. R. APP. P.27(d)(2)

    - this motion contains 554 words.

2. This motion also complies with the typeface requirements of FED. R. APP. P.32(a)(5) and the type requirements of FED. R. APP. P. 32(a)(6) because:

    - this motion has been prepared in a proportionally spaced typeface using Microsoft Word 2010 with a 14-point font named Times New Roman.

/s/ Paul A. Dominick<br>Paul A. Dominick<br>Counsel of Record for Appellants

Dated: March 2, 2023